**No. 25-5144**                                    **September Term, 2024**

**1:25-cv-01015-RCL**

**Filed On:** May 7, 2025

Patsy Widakuswara, et al.,

        Appellees

      v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S. Agency
for Global Media, et al.,

        Appellants


**No. 25-5145**

**1:25-cv-00887-RCL**


Michael Abramowitz, in his official capacity as
Director of Voice of America, et al.,

        Appellees

      v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

        Appellants

**O R D E R**

Upon consideration of the petitions for rehearing en banc, which request en banc reconsideration and vacatur of the court's May 3, 2025 order granting the government's motions for stay pending appeal in the above-captioned cases, it is

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5144**                                        **September Term, 2024**


   **ORDERED**, on the court's own motion, that appellants file a response to the petitions by 5:00 p.m. on Thursday, May 8, 2025.  The response may not exceed 3,900 words.  Absent an order of the court, a reply to the response will not be accepted for filing.


              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

      BY:  /s/
           Selena R. Gancasz
          Deputy Clerk